# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LISETTE C. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. C23-5196 BHS<br><br>ORDER |

This matter comes before the Court on Plaintiff Lisette C. Williams' Motion for Extension of Time, Dkt. 6. There is nothing currently pending to which Williams can or must respond. The motion is therefore DENIED as moot. To the extent something is later filed to which Williams must respond, she may request an extension at that time.

IT IS SO ORDERED.

Dated this 26th day of May, 2023.

　　　　　　　　　　　　　　　　　　／s／ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1