# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LISETTE WILLIAMS,

          Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

Case No. 3:23-cv-5196-BHS

ORDER GRANTING EXTENSION

This matter comes before the Court on plaintiff's motion for an extension of time to respond to the Order to Show Cause (Dkt. 3). Dkt. 14. Plaintiff is proceeding in this action *pro se* and has filed leave to proceed *in forma pauperis*. Plaintiff requests a 60-day extension because she was notified of an immediate family emergency on August 20, 2023 and will be immediately traveling out of state. Dkt. 14.

Based on the foregoing, the Court finds good cause to grant plaintiff an extension of time. Plaintiff may file with the Court her response to the Order to Show Cause by **October 26, 2023**. The Clerk is directed to re-note plaintiff's Motion for Leave to Proceed In Forma Pauperis (Dkt. 1) to October 27, 2023.

Dated this 30th day of August, 2023.

Theresa L. Fricke
United States Magistrate Judge