UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISETTE WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-5196-BHS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

By Order dated April 19, 2023, plaintiff was ordered to show cause why this matter should not be dismissed, or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's order. Dkt. 3. After the Honorable Judge David G. Estudillo denied plaintiff's motion to reassign case (Dkts. 4, 7) and her motion for reconsideration on the motion to reassign (Dkts. 9, 10), plaintiff was given a deadline to amend or show cause by August 24, 2023. Dkt. 11. Plaintiff was granted an extension of this deadline to October 27, 2027. Dkt. 15. Plaintiff has now filed a second motion for extension of time requesting an unspecified extension to this deadline. Dkt. 17.[1]

Plaintiff cites her difficulty in retaining an attorney to assist her and her lack of understanding on how to proceed as support for her motion. Dkt. 17 at 1-3. The Court finds good cause to grant a final extension. Plaintiff must show cause or file her

---

[1] Plaintiff has also filed a motion for appointment of counsel (Dkt. 16) but given that plaintiff's proposed complaint has not yet been served on defendants the motion is at best premature and the Court will not rule on it at this time.

ORDER GRANTING EXTENSION OF TIME TO
RESPOND TO ORDER TO SHOW CAUSE - 1

amended complaint by **December 11, 2023,** or the Court will recommend dismissal of this action. The Clerk is directed to re-note plaintiff's motion to proceed in forma pauperis to December 11, 2023.

Dated this 20th day of November, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge