UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISETTE WILLIAMS,<br><br>                 Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendants. | Case No. 3:23-cv-5196-BHS<br><br>REPORT AND RECOMMENDATION<br><br>Noted for: January 5, 2024 |

On March 10, 2023, plaintiff filed a proposed complaint and an application to proceed *in forma pauperis* (IFP). Dkt. 1. Given the identifies deficiencies in the proposed complaint, the Court did not grant plaintiff's IFP application. Plaintiff was given until May 12, 2023 to show cause why her complaint should not be dismissed or file an amended complaint. Dkt. 3.

On May 1, 2023, plaintiff filed a "motion to reassign case" which the Court interpreted as a motion for recusal. *See* Dkt. 4. Judge Fricke declined to recuse, and Chief Judge Estudillo denied plaintiff's motion and her subsequent motion for reconsideration. Dkts. 5, 9, 10. The Court then gave plaintiff until August 24, 2023 to show cause or file an amended complaint in accordance with the order to show cause (Dkt. 3). Dkt. 11. After the Court denied plaintiff's motion for more definite statement (Dkt. 13), plaintiff filed a second motion for extension of time to respond to the order to show cause (Dkt. 14) which the Court granted, giving plaintiff until October 26, 2023 to

respond to the order to show cause or file an amended complaint (Dkt. 15). On October 25, 2023, plaintiff filed a third motion for extension of time to respond to the order to show cause. Dkt. 17. On November 11, 2023, the Court granted plaintiff's motion but notified her that if she did not show cause or file an amended complaint by December 11, 2023 the Court would recommend dismissal of the action. Dkt. 19.

On November 29, 2023 plaintiff filed a "grievance and complaint" addressed to Chief Judge Estudillo requesting for the case the be reassigned, the IFP application to be granted, and an appointment of counsel or adequate time for her to complete legal research. Dkt. 20. Plaintiff's filing does not address the deficiencies identified in the order to show cause. Accordingly, plaintiff's complaint should be dismissed without prejudice.

## CONCLUSION

Because plaintiff failed to cure the deficiencies the Court previously identified, plaintiff's complaint should be DENIED.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on **January 5, 2024**, as noted in the caption.

Dated this 12th day of December, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge